**2010–0867.   State v. Luckett.**
Ross App. No. 09CA3109, 2010-Ohio-1444. On motion for stay of sentence. Motion denied.
   BROWN, C.J., dissents.

**2010–0874.   State v. Williams.**
Lawrence App. No. 08CA3, 2009-Ohio-657. On motion for leave to file delayed appeal. Motion denied.
   PFEIFER, J., dissents.

**2010–0882.   Bankers Trust Co. of California v. Wright.**
Fulton App. No. F–09–009, 2010-Ohio-1697. On motion for stay of court of appeals' judgment. Motion granted subject to the posting of an appeal bond in the amount of $26,907.72. The bond shall be posted with the Clerk of the Fulton County Court of Appeals.
   LUNDBERG STRATTON, O'DONNELL, and LANZINGER, JJ., dissent.

**2010–0923.   State v. Heft.**
Logan App. No. 8–10–02. On motion for stay of court of appeals' judgment. Motion denied.

**2010–0992.   Wilhelm–Kissinger v. Kissinger.**
Summit App. No. 25105. On review of order certifying a conflict. The court determines that a conflict exists. The parties are to brief the issue stated at page 2 of the court of appeals' Journal Entry filed May 21, 2010:
   "Whether the denial of a motion to disqualify counsel in a divorce proceeding affects a substantial right and is a final and appealable order."
   PFEIFER and O'DONNELL, JJ., dissent.
   The conflict case is *Crockett v. Crockett,* Franklin App. No. 02AP–482, 2003-Ohio-585.
   The motion to consolidate is denied as moot.

# APPEALS ACCEPTED FOR REVIEW

**2010–0180.   In re Bartok.**
Cuyahoga App. No. 92775.
   O'CONNOR, O'DONNELL, and CUPP, JJ., dissent.

**2010–0529.   State v. Craycraft.**
Clermont App. Nos. CA2009–02–013 and CA2009–02–014, 2010-Ohio-596. Discretionary appeal accepted on Proposition of Law No. IV; cause held for the decision in 2009–1481, *State v. Johnson,* Hamilton App. Nos. C–080156 and C–080158, 2009-Ohio-2568; and briefing schedule stayed.
   O'CONNOR, J., would also accept the appeal on Proposition of Law No. II without holding.
   PFEIFER and O'DONNELL, JJ., dissent.

**2010–0597.   In re Estate of Centorbi.**
Cuyahoga App. No. 93501, 2010-Ohio-442.
   PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**2010–0611.   Welsh Dev. Co., Inc. v. Warren Cty. Regional Planning Comm.**
Warren App. No. CA2009–07–101, 186 Ohio App.3d 56, 2010-Ohio-592. Discretionary appeal accepted and cause consolidated with 2010–0858, *Welsh Dev. Co., Inc. v. Warren Cty. Regional Planning Comm.,* Warren App. No. CA2009–07–101, 186 Ohio App.3d 56, 2010-Ohio-592.
   O'DONNELL, J., dissents.